1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          CR No. 18CR00012-GW

11             Plaintiff,               I N F O R M A T I O N

12             v.                       [18 U.S.C. § 1001(a)(2): False
                                        Statements; 26 U.S.C. § 7206(1):
13   RALPH TILLMAN,                     Subscribing to False Tax Return]

14             Defendant.

15

16        The Acting United States Attorney charges:

17                                COUNT ONE

18                        [18 U.S.C. § 1001(a)(2)]

19        On or about September 16, 2014, in Los Angeles County, within

20   the Central District of California, in a matter within the

21   jurisdiction of the executive branch of the government of the United

22   States, specifically, the Department of Veterans Affairs, Office of

23   Inspector General ("VA-OIG"), defendant RALPH TILLMAN ("TILLMAN")

24   knowingly and willfully made a materially false, fictitious, and

25   fraudulent statement and representation to two Special Agents of VA-

26   OIG, in that defendant TILLMAN represented that he had not received

27   money, favors, gifts, or anything of value from co-conspirator

28   Richard Scott, when, in truth and fact, as defendant TILLMAN then

1  well knew, defendant TILLMAN had been accepting bribe payments from
2  co-conspirator Richard Scott for eleven years.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[26 U.S.C. § 7206(1)]

On or about October 7, 2015, in Los Angeles County, within the Central District of California, defendant RALPH A. TILLMAN ("TILLMAN") willfully made and subscribed to a materially false U.S. Individual Income Tax Return, Form 1040, for the calendar year 2014, which defendant TILLMAN verified by a written declaration that it was made under penalty of perjury, and filed such tax return with the Internal Revenue Service, which defendant TILLMAN did not believe to be true and correct as to every material matter, in that the tax return reported total (joint) income of $155,914, when, in fact, as defendant TILLMAN then knew, he failed to report additional income of $26,500 for calendar year 2014.

SANDRA R. BROWN
Acting United States Attorney

Scott Garringer
Deputy Chief, Criminal Division For:

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and Civil
  Rights Section

RUTH C. PINKEL
Assistant United States Attorney
Public Corruption and Civil Rights
Section